Patrick D. Toole #190118
Dylan J. Crosby #299536
**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330

Aurelio J. Perez
Littler Mendelson, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone:    (415) 288-6394
Facsimile:     (415) 520-6804

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; and IAN CARTY, Individually and as "Class Representatives," <br><br>    Plaintiffs, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, and DOES 1 through 10, inclusive, <br><br>    Defendants. | Case No.  1:15-CV-01066-EPG <br><br> **CLASS ACTION** <br><br> **STIPULATION TO ADVANCE SCHEDULING CONFERENCE; ORDER THEREON** <br><br> <u>**Current Hearing**</u> <br><br> **Date:  February 25, 2016** <br> **Time:  10:00 a.m.** <br> **Courtroom: 10** <br><br> <u>**New Hearing**</u> <br><br> **Date:  February 23, 2016** <br> **Time:  10:30 a.m.** <br> **Courtroom:  10** |

## **RECITALS**

WHEREAS, the undersigned are counsel for the parties hereto; and

WHEREAS, the Scheduling Conference is currently set for hearing on February 25, 2016 per Court Order (Docket No. 32); and

WHEREAS, Attorney for Plaintiffs, Patrick D. Toole is scheduled to appear in the Northern District of California in *Willner, et al v. Manpower, et al.* Case No. 3:15-cv-04866 on February 25, 2016 at 2:00 p.m. and would not be able to attend both hearings; and

WHEREAS, the defense has no objections to advancing the hearing; and

WHEREAS, the parties request that the Scheduling Conference be advanced to February 23, 2016 at 10:30 a.m. in Courtroom 10.

## STIPULATION

The Parties stipulate as follows:

1. The Scheduling Conference in this matter shall be advanced from February 25, 2016 at 10:00 a.m. in Courtroom 10 to February 23, 2016 at 10:30 a.m. in Courtroom 10; and

2. This Stipulation shall be executed in one or more counterparts which, when taken together, shall be treated as though they were a single original document. Facsimile or e-mail signatures shall be valid and binding as though they were originals.

DATED: FEBRUARY 12, 2016           WANGER JONES HELSLEY PC

By: _____ */s/ Patrick D. Toole* _____
Patrick D. Toole,
Dylan J. Crosby
Attorneys for Plaintiffs

///

///

///

DATED: FEBRUARY 12, 2016           LITTLER MENDELSON PC

By: : _____ */s/ Aurelio J. Perez* _____
Aurelio J. Perez
Attorneys for Defendants

**ORDER**

Based on the parties' Stipulation, the Motion to Dismiss presently set for February 25, 2016 at 10:00 a.m. in Courtroom 10 shall be and hereby is advanced to February 23, 2016 at 10:30 a.m. in Courtroom 10.  **IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **February 16, 2016**                    /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE