**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330
Patrick D. Toole #190118
Dylan J. Crosby #299536
Erin T. Huntington #306037
Attorneys for:   Plaintiffs and Proposed Class Representatives BECKY GREER, TIMOTHY C. BUDNIK, HALEY MARKWITH, ROSARIO SAENZ and IAN CARTY

**LITTLER MENDELSON, P.C.**
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:   (415) 433-1940
Facsimile:  (415) 399-8490
Robert G. Hulteng # 071293
Joshua D. Kienitz # 244903
Aurelio J. Perez # 282135
Attorneys for:  Defendant PACIFIC GAS & ELECTRIC COMPANY

**LEONARD CARDER LLP**
1330 Broadway, Suite 1450
Oakland, California  94612
Telephone:   (510)272-0169
Facsimile:  (510) 272-0174
Philip Monrad # 151073
Alex Pacheco # 302852
Attorneys for:   Defendant IBEW LOCAL 1245

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; and IAN CARTY, Individually and as "Class Representatives,"<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01066-EPG<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO FILE THIRD AMENDED COMPLAINT FOR DAMAGES [FRCP 15(a)(2)]**<br><br>Complaint Filed: August 28, 2015<br>Trial Date: None Set<br><br>Judge: Honorable Erica P. Grosjean |

**WHEREAS** on July 10, 2015, Plaintiffs' BECKY GREER, TIMOTHY C. BUDNIK, ROSARIO SAENZ, HALEY MARKWITH, and IAN CARTY (collectively, "Plaintiffs") filed their Complaint for Damages, Injunctive and Declaratory Relief in this action against PACIFIC GAS & ELECTRIC COMPANY ("PG&E").

**WHEREAS** on August 26, 2015, Plaintiffs filed their First Amended Complaint for Damages, Injunctive and Declaratory relief against PG&E.

**WHEREAS** on January 27, 2016, Plaintiffs filed their Second Amended Complaint for Damages against PG&E.

**WHEREAS** Plaintiffs seek to file a Third Amended Complaint for Damages pursuant to FRCP 15, which adds two potential Class Representatives, a related cause of action for False or Misleading Advertising against PG&E, and adds a specific cause of action for Breach of the Duty of Fair Representation against IBEW LOCAL 1245 ("IBEW").

**WHEREAS** a copy of Plaintiffs' proposed Third Amended Complaint for Damages is attached hereto as **Exhibit "A."**

**WHEREAS** the parties wish to avoid delay in resolving this case, which currently has a deadline for close of paper discovery on November 21, 2016, and a deadline for close of non-expert depositions of January 21, 2017, pursuant to which the parties have scheduled 19 depositions, commencing on November 29, 2016.

**WHEREAS** to avoid having to extend the paper discovery deadline any more than necessary, to avoid rescheduling of currently scheduled depositions, and to avoid any modification of the September 1, 2016, Stipulated Scheduling Order (Doc. 92), the parties have agreed that:

1) The current cut-off for paper discovery will remain at November 21, 2016;

2) That PG&E will provide the employee file and payroll records for Ms. Muldrow and Pesina within 14 days of filing the Third Amended Complaint;

3) Plaintiffs Muldrow and Pesina will provide supplemental responses to special interrogatories served on extant Plaintiffs by PG&E and by IBEW within 14 days after receipt of their payroll records, as provided above;

4) Plaintiffs will also agree to e-mail service of an additional twenty-seven-(27) Interrogatories in total,[1] and Requests for Admissions from Local 1245 on or before 5 p.m. on October 27; and

5) Plaintiffs will further agree to provide responses (with verifications to follow) to discovery served under the preceding paragraph by e-mail on or before November 21, 2016.

**IT IS HEREBY STIPULATED**, by and between Plaintiffs, PG&E and IBEW through their respective counsel, that pursuant to Rule 15:

1. Plaintiffs may file their Third Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A**;"

2. That PG&E will serve, within fourteen (14) days of the entry of the attached Order, the employee file and payroll records for Ms. Muldrow and Pesina. In turn, Plaintiffs' will agree to serve supplemental answers from Ms. Muldrow and Pesina to all previously served interrogatories by both Defendants within fourteen (14) days of service of documents by PG&E;[2]

3. Plaintiffs will also agree to e-mail service of an additional twenty-seven (27) Special Interrogatories in total, and Requests for Admissions from Local 1245 on or before 5 p.m. on October 27;

4. Plaintiffs will further agree to provide responses (with verifications to follow) to discovery served under the preceding paragraph by e-mail on or before November 21, 2016; and

---

[1] Plaintiffs agree that Local 1245's Interrogatories regarding the general allegations of the Third Amended Complaint (i.e., allegations that do not address the circumstances of a specific Plaintiff) can be served on one Plaintiff, and that Plaintiff's response will be binding on all Plaintiffs.

[2] The parties' further agree that service of the employee records and supplemental responses can be by e-mail or fax.

5. Defendant PG&E's and IBEW's responses are due twenty-one (21) days after the Third Amended Complaint for Damages is deemed filed.

DATED: October 27, 2016  **WANGER JONES HELSLEY PC**

By: /s/ Patrick D.Toole
    Patrick D. Toole
    Dylan J. Crosby
    Erin T. Huntington
    Attorneys for Plaintiffs and Proposed Class Representatives BECKY GREER, TIMOTHY C. BUDNIK, HALEY MARKWITH, ROSARIO SAENZ and IAN CARTY

DATED: October 27, 2016  **LITTLER MENDELSON, P.C.**

By: /s/ Robert G. Hulteng
    Robert G. Hulteng
    Joshua D. Kienitz
    Aurelio J. Perez
    Attorneys for Defendant PACIFIC GAS & ELECTRIC COMPANY

DATED: October 27, 2016  **LEONARD CARDER, LLP**

By: /s/ Philip Monrad
    Philip Monrad
    Alex Pacheco
    Attorneys for Defendant IBEW LOCAL 1245

**ORDER**

Based on the foregoing Stipulation, and good cause appearing therein, the Court orders that:

1. Pursuant to Rule 15, Plaintiffs are granted leave to file their Third Amended Complaint for Damages. The Clerk of the Court is DIRECTED to file the proposed Third Amended Complaint, which is attached to the Stipulation as ECF Nos. 103-1, 103-2, 103-3, 103-4, 103-5, 103-6, and 103-7;

2. The Clerk of the Court is DIRECTED to update the docket to reflect that Haley Markwith, Maria Garcia Pesina, and Monica Muldrow are named plaintiffs;

3. The Third Amended Complaint for Damages is deemed filed as of the date this Order is docketed;

4. Defendant PG&E's and IBEW's responses to the Third Amended Complaint are due 21 days from the date this Order is filed;

5. The current cut-off for paper discovery will remain as November 21, 2016;

6. PG&E will provide the employee files and payroll records for Plaintiffs Muldrow and Pesina within 14 days after the Third Amended Complaint is filed as ordered;

7. Plaintiffs Muldrow and Pesina will serve responses to the same discovery requests served on extant Plaintiffs by PG&E and by IBEW within 14 days after receipt of their payroll records;

8. Local 1245 will serve no more than 27 Interrogatories in total, and Requests for Admissions by e-mail on or before 5 p.m. on October 27, 2016; and,

9. Plaintiffs will provide responses (with verifications to follow) to discovery served under the preceding paragraph by e-mail on or before November 21, 2016.

IT IS SO ORDERED.

Dated: **October 31, 2016**       /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE