**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
Patrick D. Toole #19011
Erin T. Huntington #306037

**LITTLER MENDELSON, P.C.**
Joshua D. Kienitz #244903
Aurelio J. Perez #282135
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

**LEONARD CARDER, LLP**
Philip Monrad #151073
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Fax: (510) 272-0174

**IBEW LOCAL UNION 1245**
Alex Pacheco #302852
30 Orange Tree Circle
Vacaville, CA 95687
Telephone: (707) 452-2751

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; HALEY MARKWITH; IAN CARTY; and MARIA GARCIA-PESINA, Individually and as "Class Representatives,"<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01066-EPG<br><br>**AMENDED STIPULATED SCHEDULING ORDER** |

{7608/002/00649846.DOCX}

1

Plaintiffs BECKY GREER, TIMOTHY C. BUDNIK, ROSARIO SAENZ, HALEY MARKWITH, IAN CARTY AND MARIA GARCIA-PESINA, on behalf of themselves and all others similarly situated ("PLAINTIFFS"), and Defendants Pacific Gas and Electric Company ("PG&E") and IBEW Local 1245 ("IBEW") (collectively, the "PARTIES"), hereby submit and stipulate to the following Amended [Proposed] Scheduling Order. Dates that differ from the September 1, 2016, Scheduling Order (Dkt. No. 92), and substantive text modifications from the PARTIES' August 26, 2016, stipulation (Dkt. No. 86), are shown in tracked changes / redline below, for the convenience of the Court.

1. **Deadline to Complete Pre-Certification Non-Expert Written Discovery Excluding Depositions**

   November 21, 2016.

2. **Deadline to Complete Pre-Certification Non-Expert Depositions**

   January 27, 2017.

3. **Deadline for Pre-Certification Initial Expert Witness Disclosures**

   March 24, 2017.

4. **Deadline for Pre-Certification Rebuttal Expert Witness Disclosures**

   April 28, 2017.

5. **Deadline to Complete Pre-Certification Expert Discovery**

   May 31, 2017.

6. **Plaintiffs' Motion for Class Certification**

   June 16, 2017.

7. **Defendants' Opposition to Motion for Class Certification**

   July 21, 2017.

8. **Plaintiffs' Reply In Support of Motion for Class Certification**

   August 11, 2017.

9. **Hearing On Motion for Class Certification**

   August 25, 2017, at 10:00 a.m. in Courtroom 10.

{7608/002/00649846.DOCX}
2
AMENDED STIPULATED SCHEDULING ORDER

**10.   Deadline for Hearings on Non-Dispositive Motions**

January 12, 2018. Discovery motions shall comply with the requirements of Fed. R. Civ. P. 37 and Local Rule 251.

**11.   Deadline for Hearings on Dispositive Motions**

January 26, 2018. Prior to filing a motion for summary judgment or motion for summary adjudication, however, the PARTIES are ordered to meet and confer, in person or by telephone, to discuss the issues to be raised in the motion. The parties shall comply with the requirements of Local Rule 260.. In the notice of motion, the moving party shall certify that the parties have met and conferred as ordered above, or set forth a statement of good cause for the failure to do so.

**12.   Pre-Trial Conference:**

March 15, 2018, at 11:00 a.m. in Courtroom 10.

**13.   Trial:**

May 15, 2018, at 8:30 a.m. in Courtroom 10.

**IT IS SO STIPULATED.**

DATED:  February 2, 2017          **WANGER JONES HELSLEY PC**

                                  By:         */s/ Patrick D. Toole*
                                     Patrick D. Toole,
                                     Dylan J. Crosby,
                                     Erin T. Huntington
                                     Attorneys for PLAINTIFFS on behalf of
                                     themselves and all others similarly situated

DATED:  February 2, 2017          **LITTLER MENDELSON, P.C.**

| | | |
|---|---|---|
|1| |By: _____ */s/ Joshua D. Kienitz* _____|
|2| |Robert G. Hulteng|
| | |Joshua D. Kienitz|
|3| |Aurelio J. Perez|
| | |Attorneys for Defendant, Pacific Gas & Electric Company|
|4| | |
|5|DATED: February 2, 2017|**LEORNARD CARDER, LLP**|
|6| | |
|7| |By: _____ */s/ Philip Monrad* _____|
| | |Philip Monrad|
|8| |Alex Pacheco|
| | |Attorneys for Defendant, IBEW Local 1245|
|9| | |
|10|IT IS SO ORDERED.| |
|11| | |
|12|Dated:  **February 6, 2017**|/s/ Erica P. Grosjean|
| | |UNITED STATES MAGISTRATE JUDGE|

# **ORDER**

Based on the above stipulation, the Court amends the Scheduling Order as follows:

1. **Deadline for Pre-Certification Initial Expert Witness Disclosures**

    March 24, 2017.

2. **Deadline for Pre-Certification Rebuttal Expert Witness Disclosures**

    April 28, 2017.

3. **Deadline to Complete Pre-Certification Expert Discovery**

    May 31, 2017.

All other dates remain as previously set:

4. **Plaintiffs' Motion for Class Certification**

    June 16, 2017.

5. **Defendants' Opposition to Motion for Class Certification**

    July 21, 2017.

6. **Plaintiffs' Reply In Support of Motion for Class Certification**

    August 11, 2017.

7. **Hearing On Motion for Class Certification**

    August 25, 2017, at 10:00 a.m. in Courtroom 10.

8. **Deadline for Hearings on Non-Dispositive Motions**

    January 12, 2018. Discovery motions shall comply with the requirements of Fed. R. Civ. P. 37 and Local Rule 251.

9. **Deadline for Hearings on Dispositive Motions**

    January 26, 2018.

The Court declines to adopt the portion of the Stipulation freeing the parties of the requirement to file a Joint Statement of Undisputed Facts with any dispositive motion. Before the filing of a motion for summary adjudication or summary judgment, the parties must meet and confer to discuss the issues to be raised in the motion. The parties must also prepare a Joint Statement of Undisputed Facts that identifies all relevant facts that are agreed upon between

{7608/002/00649846.DOCX}

the parties. The Court may strike any motions and/or issue sanctions for any motions that are not filed in compliance with the Local Rules and the Court's orders.