| | |
|---|---|
| **WANGER JONES HELSLEY PC**<br>265 East River Park Circle, Suite 310<br>Fresno, California 93720<br>Telephone: (559) 233-4800<br>Facsimile: (559) 233-9330<br>Patrick D. Toole #190118<br>Erin T. Huntington #306037<br>Lawrence J.H. Liu #312115 | **FITZPATRICK, SPINI & SWANSTON**<br>555 S. Main Street<br>Salinas, California 93901<br>Telephone: (831) 755-1311<br>Facsimile: (831) 755-1319<br>Charles Swanston #181882 |
| **LEONARD CARDER, LLP**<br>Philip C. Monrad #151073<br>Paul H. Schwartz # 215214<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612<br>Telephone: (510) 272-0169<br>Fax: (510) 272-0174 | **IBEW LOCAL UNION 1245**<br>Alex Pacheco #302852<br>30 Orange Tree Circle<br>Vacaville, CA 95687<br>Telephone: (707) 452-2751 |

**LITTLER MENDELSON, P.C.**
Joshua D. Kienitz #244903
Aurelio J. Perez #282135
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; HALEY MARKWITH IAN CARTY; and MARIA GARCIA PESINA, Individually and as "Class Representatives,"<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; IBEW LOCAL 1245, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01066—EPG<br><br>**STIPULATION RE SUMMARY JUDGMENT AND CLASS CERTIFICATION MOTION DEADLINES AND HEARING DATES; ORDER** |

Defendants Pacific Gas and Electric Company and IBEW Local 1245 (together, "Defendants") each filed a motion for summary judgment (or summary adjudication) on May 12, 2017. (Dkt. 159, 161 [hereinafter, "MSJ" or "MSJs"].) Defendants and Plaintiffs Becky Greer, Timothy Budnik, Rosario Saenz, Haley Markwith, Ian Carty and Maria Garcia Pesina (together, "Plaintiffs") (collectively, "Parties"), reached this stipulation after substantial meet and confer between and May 8, 2017, and May 16, 2017. The Parties stipulate to, and request Court approval of, the following:

1. Plaintiffs shall have until June 16, 2017, to file an opposition to PG&E's MSJ and to Local 1245's MSJ. (A 21-day extension to the normal opposition deadline.)
2. Defendants shall each have until July 14, 2017, to file a reply to Plaintiffs' opposition to each Defendant's MSJ. (A 21-day extension to the normal reply deadline.)
3. The hearing regarding Defendants' MSJs, currently noticed for June 9, 2017, shall be continued to July 21, 2017. (July 21, 2017, is the earliest Friday in July on which counsel for all Parties are available.)
4. All class certification deadlines shall be continued for six (6) weeks from the dates in the operative scheduling order, Dkt. 128. Plaintiffs' motion for class certification would then be due on July 28, 2017. Each Defendant's opposition would be due on September 1, 2017. Plaintiffs' reply would be due on September 22, 2017. The hearing on Plaintiffs' motion for class certification would be on October 6, 2017.

**SO STIPULATED BY**:

DATED: May 16, 2017          **WANGER JONES HELSLEY PC**

By:      */s/ Patrick D. Toole*
    Patrick D. Toole
    Erin T. Huntington
    Lawrence J.H. Liu
    Attorneys for PLAINTIFFS on behalf of
    themselves and all others similarly situated

| | | |
|---|---|---|
| DATED: May 16, 2017 | | **LITTLER MENDELSON, P.C.** |

By: ____/s/ Joshua D. Kienitz_____
    Robert G. Hulteng
    Joshua D. Kienitz
    Aurelio J. Perez
    Attorneys for Defendant, Pacific Gas & Electric Company

DATED: May 16, 2017    **LEONARD CARDER, LLP**

By____/s/ Alex J. Pacheco_____
    Philip C. Monrad
    Paul H. Schwartz
    Alex J. Pacheco
    Attorneys for Defendant, IBEW Local 1245

**ORDER**

Based on the above stipulation and good cause appearing therein, the Court hereby enters the above stipulation by the Parties as an order of the Court.

Plaintiffs shall have until **June 16, 2017**, to file an opposition to PG&E's Motion for Summary Judgment (ECF No. 161) and to Local 1245's Motion for Summary Judgment (ECF No. 159). Defendants may each have until **July 14, 2017**, to file any reply to Plaintiffs' opposition. The hearing regarding Defendants' Motions for Summary Judgment is continued to **July 21, 2017**, at **10:00 a.m.**

All class certification deadlines are continued for six (6) weeks from the dates in the Amended Stipulated Scheduling Order (ECF No. 128). Plaintiffs' motion for class certification is due on or before **July 28, 2017**. Each Defendant's opposition is due on or before **September 1, 2017**. Plaintiffs' reply is due on or before **September 22, 2017**. The hearing on Plaintiffs' motion for class certification is continued to **October 6, 2017** at **10:00 a.m.** All other dates remain as previously set.

IT IS SO ORDERED.

Dated: **May 17, 2017**          /s/ Elena P. Grosjean
UNITED STATES MAGISTRATE JUDGE