**LEONARD CARDER, LLP**
Philip C. Monrad #151073
Paul H. Schwartz # 215214
1330 Broadway, Suite 1450
Oakland, CA 94612
Telephone: (510) 272-0169
Fax: (510) 272-0174

**LITTLER MENDELSON, P.C.**
Joshua D. Kienitz #244903
Aurelio J. Perez #282135
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

**IBEW LOCAL UNION 1245**
Alex Pacheco #302852
30 Orange Tree Circle
Vacaville, CA 95687
Telephone: (707) 452-2751

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; HALEY MARKWITH IAN CARTY; and MARIA GARCIA PESINA, Individually and as "Class Representatives,"<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; IBEW LOCAL 1245, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01066—EPG<br><br>**STIPULATION BY IBEW LOCAL 1245 AND PG&E RE RE-FILING OF COMPENDIUM OF EVIDENCE (DKT. 156) IN LIGHT OF COURT ORDER (DKT. 166); ORDER** |

Defendants Pacific Gas and Electric Company and IBEW Local 1245 hereby stipulate as follows:

1. Defendants are willing to re-file the Compendium of Evidence (Dkt. 156 ["Compendium"]) to exclude deposition corrections and errata sheets stricken by the Court's June 1, 2017, Order (Dkt. 166). Specifically, the Court ordered that: "The deposition corrections listed in Exh. A to the Toole Declaration (ECF No. 148-2) are stricken."

2. Defendants submit that the Compendium should be re-filed to replace Dkt. 156, in a manner so that the pagination of Dkt. 156 does not change. For example, in the Compendium, Dkt. 156-3, Tab O, pp. 1070-1071 consists of pp. 54-55 of the Becky Greer deposition transcript. This (Dkt. 156-3, Tab O, pp. 1070-1071) will still be the correct citation to pp. 54-55 of the transcript of Ms. Greer's deposition, in a re-filed Compendium.

3. The re-filed Compendium shall include clean original transcript pages (*i.e.*, without handwritten corrections) for all deposition transcript corrections that are subject to the Court's order (Dkt. 166). Further, the errata sheets filed with the initial Compendium shall be re-filed, but with all stricken corrections redacted, to ensure that the pagination remains the same as in the originally filed Compendium.

4. Defendants agree that Defendant PG&E shall promptly re-file the Compendium via ECF, in accordance with the above stipulation, provided that the Court approves the above stipulation and orders the Compendium to be re-filed. Alternatively, if the Court does not believe that the above-described re-filing of the Compendium is necessary, Defendants shall not re-file the Compendium.

5. In meet and confer correspondence initiated by Local 1245 shortly after Dkt. 166 issued, Defendants made this offer (to re-file the Compendium) to Plaintiffs. Although Plaintiffs' counsel stated in a June 5, 2017, 6:33 p.m. email that "Plaintiffs have made,

and continue to make, the request that the Compendium comply with the court order," Plaintiffs, after extensive meet and confer, declined to join in any stipulation regarding the re-filing of the Compendium. Defendant Local 1245 shall promptly submit the full email meet and confer history on this topic, if requested by the Court.

**SO STIPULATED BY**:    DATED: JUNE 7, 2017    **LITTLER MENDELSON, P.C.**

By: _/s/_____
    Robert G. Hulteng
    Joshua D. Kienitz
    Aurelio J. Perez
    Attorneys for Defendant, Pacific Gas & Electric Company

DATED: JUNE 7, 2017    **LEONARD CARDER, LLP**

By: _/s/_____
    Philip C. Monrad
    Paul H. Schwartz

DATED JUNE 7, 2017    **IBEW LOCAL 1245**

By: _/s/_____
    Alex J. Pacheco
    Attorneys for Defendant, IBEW Local 1245

**ORDER**

Based on the above stipulation, Defendants may file an amended compendium of evidence in connection with their motions for summary judgment. Defendants shall, to the extent possible, maintain the pagination of the amended compendium such that the page citations in their motions for summary judgment remain accurate. The amended compendium will not replace the original compendium (ECF No. 156) on the docket, but will be used in consideration of Defendants' motions for summary judgment and any motions thereafter.

IT IS SO ORDERED.

Dated: **June 12, 2017**          /s/ Elena P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE