**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California 93720
Telephone:   (559) 233-4800
Facsimile:   (559) 233-9330
Patrick D. Toole #190118
Erin T. Huntington #306037
Lawrence J.H. Liu #312115

**LITTLER MENDELSON, P.C.**
Joshua D. Kienitz #244903
Aurelio J. Perez #282135
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 433.1940
Facsimile: (415) 399.8490

**FITZPATRICK, SPINI & SWANSTON**
555 S. Main Street
Salinas, California 93901
Telephone:  (831) 755-1311
Facsimile:  (831) 755-1319
Charles Swanston #181882

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; HALEY MARKWITH IAN CARTY; and MARIA GARCIA PESINA, Individually and as "Class Representatives,"<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; IBEW LOCAL 1245, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  1:15-CV-01066—EPG<br><br>**JOINT STIPULATION REQUESTING TO MODIFY THE SCHEDULING ORDER RE CLASS CERTIFICATION MOTIONS AND ORDER** |

On July 21, 2017, the Court heard the motions for summary judgment from Defendants Pacific Gas and Electric Company ("PG&E"), IBEW Local 1245 ("IBEW") (collectively, "Defendants"), and Plaintiffs Becky Greer, Timothy C. Budnik, Haley Markwith, Ian Carty, and Maria Garcia Pesina, individually and as Class Representatives ("Plaintiffs") (collectively, the "Parties"). At the conclusion of the hearing, the Court requested the Parties provide supplemental briefing by July 28, 2017. Because the supplemental briefing deadline coincides with Plaintiffs' scheduled deadline for their motion for class Certification, Plaintiffs and PG&E stipulate to, and request Court approval of, the following:

1. Plaintiffs shall have until **August 4, 2017** to file their motion for class certification—a one week extension of the original July 29, 2017 deadline per Docket No. 165.

2. Defendants shall have until **September 8, 2017** to file each of their oppositions to Plaintiffs' motion for class certification—a one week extension of the original September 1, 2017 deadline per Docket No. 165.

3. Plaintiffs shall have until **September 29, 2017** to file their reply to Defendants' oppositions—a one week extension of the original September 22, 2017 deadline per Docket No. 165.

4. The originally scheduled class certification hearing date of **October 6, 2017** (Dkt. No. 165) remains unmodified.

Defendant IBEW has declined to join this stipulation because Plaintiffs refuse to allow IBEW to add a separate statement posing an alternative suggestion. IBEW states that it intends to file its own separate statement.

DATED: July 26, 2017                     **WANGER JONES HELSLEY PC**

                                                   By:    */s/ Patrick D. Toole*
                                                       Patrick D. Toole
                                                       Erin T. Huntington
                                                       Lawrence J.H. Liu
                                                       Attorneys for PLAINTIFFS on behalf of
                                                       themselves and all others similarly situated

| | | |
|---|---|---|
|1| DATED:  July 26, 2017 | **LITTLER MENDELSON, P.C.** |
|2| | |
| | | By:  */s/ Joshua D. Kienitz* |
|3| | Robert G. Hulteng |
| | | Joshua D. Kienitz |
|4| | Aurelio J. Perez |
| | | Attorneys for Defendant, Pacific Gas & Electric |
|5| | Company |

## **ORDER**

Based on the above stipulation and good cause appearing therein, the Court hereby enters the above stipulation by the Parties as an order of the Court.

1. Plaintiffs shall have until August 4, 2017 to file their motion for class certification.
2. Defendants shall have until September 8, 2017 to file each of their oppositions to Plaintiffs' motion for class certification.
3. Plaintiffs shall have until September 29, 2017 to file their reply to Defendants' oppositions.
4. The originally scheduled class certification hearing date of October 6, 2017 remains unmodified.

IT IS SO ORDERED.

Dated:   **July 26, 2017**                             /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE