# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER, TIMOTHY C. BUDNIK, ROSARIO SAENZ, IAN CARTY, HALEY MARKWITH, MARCIA GARCIA PESINA, AND MONICA MULDROW, individually and as class representatives,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, IBEW LOCAL 1245, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01066-EPG<br><br>ORDER FOLLOWING SETTLEMENT AGREEMENT<br><br>(ECF Nos. 161, 190, 211) |

The Court has received notification that the parties have reached a proposed class action settlement in this case. While the class action settlement is subject to preliminary and final Court approval, the Court finds it appropriate at this time to vacate all deadlines and deny all pending motions (ECF Nos. 161, 190, 211) as moot.[1] Additionally, the Court specifically vacates the February 2, 2018 date for submission of a joint status report, (ECF No. 227).

IT IS SO ORDERED.

Dated: **January 26, 2018**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The denial of the pending motions is without prejudice should a class action settlement not be approved.

1