**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone:   (559) 233-4800
Facsimile:    (559) 233-9330

Patrick D. Toole #190118
Erin T. Huntington #306037
Lawrence J.H. Liu #312115

**FITZPATRICK, SPINI & SWANSTON**
555 S. Main Street
Salinas, California 93901
Telephone:  (831) 755-1311
Facsimile:  (831) 755-1319

Charles Swanston #181882

Attorneys for:   Plaintiffs and Proposed Class Representatives BECKY GREER, TIMOTHY C. BUDNIK, ROSARIO SAENZ, HALEY MARKWITH, IAN CARTY, and MARIA GARCIA PESINA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; HALEY MARKWITH IAN CARTY; and MARIA GARCIA PESINA, individually and as "Class Representatives," <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY; IBEW LOCAL 1245, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  1:15-CV-01066-EPG <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR ORDER (1) CONDITIONALLY CERTIFYING THE SETTLEMENT CLASS; (2) PRELIMINARILY APPROVING THE CLASS ACTION SETTLEMENT; (3) APPOINTING PLAINTIFFS AS CLASS REPRESENTATIVES AND THEIR COUNSEL AS CLASS COUNSEL; (4) APPROVING AND DIRECTING THE DISTRIBUTION OF THE CLASS NOTICE PACKET; AND (5) SETTING A HEARING FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT** <br><br> Date:         March 23, 2018 <br> Time:        10:00 a.m. <br> Judge:       Hon. Erica P. Grosjean <br> Courtroom: 10, 6th floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 23, 2018 at 10:00 a.m. or soon thereafter as the matter may be heard, in Courtroom 10 of the United States District Court of the Eastern District of California, located at 2500 Tulare Street, Fresno, California, before the Honorable Erica P. Grosjean, Plaintiffs Becky Greer, Timothy C. Budnik, Rosario Saenz, Haley Markwith, Ian Carty, and Maria Garcia Pesina ("Plaintiffs") will and hereby do move this Court for an order (1) conditionally certifying the proposed Settlement Class; (2) preliminarily approving the Joint Stipulation of Class Settlement; (3) appointing Plaintiffs as Class Representatives and Plaintiffs' Counsel as Class Counsel; (4) approving and directing the mailing of Settlement Notices pursuant to the proposed notice plan; and (5) scheduling a fairness hearing for final approval of the Settlement.

This motion is made on this Notice; the Memorandum of Points and Authorities in Support of the Motion; the Joint Stipulation of Class Settlement; the Declarations of Charles Swanston, Esq. and Patrick D. Toole, Esq. in Support of the Motion; the Declarations of Plaintiffs Becky Greer, Timothy C. Budnik, Rosario Saenz, Haley Markwith, Ian Carty, and Maria Garcia Pesina; the Proposed Order; the pleadings and papers filed in this case; and any evidence and oral argument presented at the hearing.  Defendants Pacific Gas and Electric Company and IBEW Local 1245 do not oppose this motion.

Date:   March 2, 2018                                             FITZPATRICK, SPINI & SWANSTON

                                                        By: */s/ Charles Swanston*
                                                           Charles Swanston
                                                           Attorneys for Plaintiffs and the Putative Class