# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; IAN CARTY, HALEY MARKWITH, MARIA GARCIA PESINA, Individually and as "Class Representatives," <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, IBEW LOCAL 1245, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 1:15-cv-01066-EPG <br><br> **CLASS ACTION** <br><br> **ORDER APPROVING STIPULATION CLARIFYING THE JOINT STIPULATION OF CLASS SETTLEMENT** <br><br> **(ECF No. 267)** |

Based on the Stipulation Clarifying the Joint Stipulation of Class Settlement (ECF No. 267), and good cause appearing therein, the Court approves the proposed modifications to the Reminder Postcard, set forth on pages 3-4 of the stipulation (*id.* at 3-4); and the modifications to the Second and Final Notice of Class Action Settlement, set forth in Exhibit A to the stipulation (*id.* at 6-14).

IT IS SO ORDERED.

Dated: **June 29, 2018**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE