1  **WANGER JONES HELSLEY PC**
2  265 East River Park Circle, Suite 310
   Fresno, California 93720
3  Telephone: (559) 233-4800
   Facsimile: (559) 233-9330

4  Patrick D. Toole #190118
5  Erin T. Huntington #306037

6  **FITZPATRICK, SPINI & SWANSTON**
   555 S. Main Street
7  Salinas, California 93901
   Telephone: (831) 755-1311
8  Facsimile: (831) 755-1319

9
   Charles Swanston #181882
10

11 Attorneys for:    Plaintiffs and Proposed Class Representatives BECKY GREER,
                    TIMOTHY C. BUDNIK, ROSARIO SAENZ, HALEY MARKWITH,
12                  IAN CARTY and MARIA GARCIA PESINA

13

14                  **UNITED STATES DISTRICT COURT**

15                  **EASTERN DISTRICT OF CALIFORNIA**

16 BECKY GREER; TIMOTHY C. BUDNIK;            Case No. 1:15-CV-01066—EPG
   ROSARIO SAENZ; HALEY MARKWITH
17 IAN CARTY, and MARIA GARCIA                **NOTICE OF MOTION AND MOTION**
   PESINA, individually and as "Class         **FOR ATTORNEYS FEES, COSTS, AND**
18 Representatives,"                          **ENHANCEMENT AWARD**
                                              **[FRCP 23 and 54]**
19         Plaintiffs,
                                              Date: October 26, 2018
20     v.                                     Time: 1:30 p.m.
                                              Courtroom: 10
21 PACIFIC GAS AND ELECTRIC                   Judge: The Honorable Erica P. Grosjean
   COMPANY; IBEW LOCAL 1245, and
22 DOES 1 through 10, inclusive,

23         Defendants.

24

25

26

27

28  {7608/002/00909299.DOCX}

**PLEASE TAKE NOTICE** that on October 26, 2018 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Erica P. Grosjean in Courtroom 10 of the United States District Court, Eastern District of California, Plaintiffs Becky Greer, Timothy C. Budnik, Rosario Saenz, Haley Markwith, Ian Carty, and Maria Garcia Pesina on behalf of themselves and all other similarly aggrieved employees ("Plaintiffs"), as representatives of the class provisionally certified for settlement purposes (the "Settlement Class"), will and hereby move this Court under FRCP 23 and 54for an approval of an award of:

- Attorneys' fees in the amount of $2,000,000.00 for over 7,195 hours of time spent working on the case from pre-filing investigation to the final approval hearing;
- Costs in the amount of $257,989.91 for litigation costs and expenses;
- Claims administration costs in the amount of $29,000 to Simpluris, Inc.[1]; and
- Enhancement awards in the amount of $5,000 to Plaintiffs Rosario Saenz, Ian Carty, Timothy Budnik, Haley Markwith, and Maria Garcia Pesina, and $10,000 to Becky Greer for their time and efforts in representing the class.

Plaintiffs base this Motion upon this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Patrick D. Toole, Charles Swanston, Erin T. Huntington, Rosario Saenz, Ian Carty, Timothy Budnik, Haley Markwith, Maria Garcia Pesina and Becky Greer submitted herewith, the proposed Order submitted herewith, the other records, pleadings, and papers filed in this action, and upon such other documentary and oral evidence or

///
///
///
///
///

---

[1] The $29,000 requested represents the maximum amount negotiated and allocated to Simpluris, Inc. in the Settlement Agreement. At the time of this filing, Plaintiffs are unaware of Simpluris, Inc.'s actual costs given that its work is ongoing. Plaintiffs may amend this request when Simpluris, Inc. provides its actual costs.

{7608/002/00909299.DOCX}
1

1  argument as may be presented to the Court. Pursuant to the terms of the Settlement Agreement,
2  Defendants do not oppose this Motion.

DATED: AUGUST 24, 2018                WANGER JONES HELSLEY PC

                                      By: /s/ *Patrick D. Toole*
                                          Patrick D. Toole,
                                          Erin T. Huntington,
                                          Attorneys for Plaintiffs

{7608/002/00909299.DOCX}

2

NOTICE OF MOTION AND MOTION FOR
ATTORNEYS FEES, COSTS, AND ENHANCEMENT AWARD