**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Patrick D. Toole #190118
Erin T. Huntington #306037

**FITZPATRICK, SPINI & SWANSTON**
555 S. Main Street
Salinas, California 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Charles Swanston #181882

Attorneys for: Plaintiffs and Proposed Class Representatives BECKY GREER, TIMOTHY C. BUDNIK, ROSARIO SAENZ, HOLDEN MARKWITH, IAN CARTY and MARIA GARCIA PESINA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; HALEY MARKWITH IAN CARTY, and MARIA GARCIA PESINA, individually and as "Class Representatives,"<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; IBEW LOCAL 1245, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-CV-01066-EPG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND ENHANCEMENT AWARD**<br><br>Date: October 26, 2018<br>Time: 1:30 p.m.<br>Courtroom: 10<br>Judge: The Honorable Erica P. Grosjean |

Plaintiffs and Proposed Class Representatives Becky Greer, Timothy C. Budnik, Rosario Saenz, Holden Markwith, Ian Carty and Maria Garcia Pesina ("Plaintiffs") Motion for Attorneys' Fees, Costs, and Enhancement Awards was timely submitted to the Court, the Honorable Erica P. Grosjean, as were Defendants' Pacific Gas and Electric Company and IBEW Local 1245 ("Defendants") Statements. Having considered the parties' briefs, and all other competent and admissible evidence, the Court grants Plaintiffs' motion and finds as follows:

1. Plaintiffs' counsel are awarded attorneys' fees in the amount of $2,000,000.00;
2. Plaintiffs' counsel are awarded costs in the amount of $257,989.91;
3. Claims Administrator Simpluris, Inc., is awarded $29,000.00 in costs;
4. Plaintiffs Timothy C. Budnik, Rosario Saenz, Holden Markwith, Ian Carty, and Maria Garcia Pesina are each awarded $5,000.00 in enhancement awards for their time and efforts representing the class; and
5. Plaintiff Becky Greer is awarded $10,000.00 in enhancement awards for her time and effort representing the class.

Therefore, for the reasons stated above, Plaintiffs' motion for attorneys' fees, costs, and enhancement awards is GRANTED.

**IT IS SO ORDERED.**

DATED: _____, 2018  _____
Honorable Erica P. Grosjean