**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Patrick D. Toole #19011
Erin T. Huntington #306037

**FITZPATRICK, SPINI & SWANSTON**
555 S. Main Street
Salinas, California 93901
Telephone: (831) 755-1311
Facsimile: (831) 755-1319

Charles Swanston #181882

Attorneys for:   Plaintiffs and Proposed Class Representatives BECKY GREER, TIMOTHY C. BUDNIK, HALEY MARKWITH, ROSARIO SAENZ, IAN CARTY and MARIA GARCIA PESINA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER; TIMOTHY C. BUDNIK; ROSARIO SAENZ; IAN CARTY, HALEY MARKWITH, MARIA GARCIA PESINA, Individually and as "Class Representatives," <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, IBEW LOCAL 1245, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  1:15-cv-01066-EPG <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN ORDER FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date:         October 26, 2018 <br> Time:         1:30 p.m. <br> Courtroom:  10, 6th Floor <br><br> Honorable Erica P. Grosjean |

{7608/002/00925846.DOCX}

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that on October 26, 2017 at 1:30 p.m. in Department 10 of the United States District Court, Eastern District of California, Plaintiffs BECKY GREER, TIMOTHY C. BUDNIK, ROSARIO SAENZ, IAN CARTY, HALEY MARKWITH, MARIA GARCIA PESINA ("Plaintiffs') will and hereby do move for an order for final approval of the class action settlement, class representatives' service awards, third party administrator costs, award of reasonable attorneys' fees and actual litigation costs. Good cause exists for granting this motion because the settlement reached and the amounts requested for the service award and fees and costs are fair, reasonable and adequate.

Specifically, Plaintiffs' request:

1. That as detailed in the [Proposed] Order, the Settlement is, in all respects, fair, reasonable, adequate and in the best interest of the entire Settlement Class;

2. That the Court approve the payment procedure described in the Settlement Agreement and as modified with respect to Class Member Tony Sanchez[1];

3. That the Court approve and award reasonable attorneys' fees to Class Counsel in the amount of $1,999,140.59;

4. That the Court approve and award reasonable costs to Plaintiffs' counsel in the amount of $257,989.91;

5. That the Court approve administrative expenses to Simpluris in the amount of $26,662.00;

6. That the Court approve enhancement awards to Plaintiffs Mr. Budnik, Ms. Saenz, Ms. Markwith, Mr. Carty and Ms. Pesina in the amount of $5,000.00; and

7. That the Court approve an enhancement award to Plaintiff Becky Greer in the amount of $10,000.00 due to your extraordinary contribution and efforts toward the successful resolution of this case.

---

[1] As explained, Mr. Sanchez was artificially excluded from the initial placement procedures. After the discovery, Plaintiffs' counsel initiated a request to correct the mistake which was agreed by all parties. In sum, Mr. Sanchez will be moved from the "non-qualified" to the "qualified" group with his payout funded by the 'overage' of unallocated costs and Plaintiffs' counsels' agreement to fund the remainder of the Sanchez payout from its attorneys' fee award so that each Class Member will receive the exact amount stated in the Second Notice.

{7608/002/00925846.DOCX}

1  Plaintiffs base this Motion upon, among other items, the fact that no Class Member has objected to the Settlement or disputed the Settlement as proposed.  Only two Class Members have elected to "opt out."  These numbers are in contrast to the nearly 40% participation rate by all Class Members in the questionnaire, or Phase I, of the settlement process.  Undoubtedly, this evidence is convincing that the Class Members are both aware of the terms of the Settlement, understand the Settlement, and agree that it is reasonable and fair.

Further, Plaintiffs base this Motion on this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Patrick D. Toole and Cassandra Cita submitted herewith, the Declarations of Rosario Saenz, Ian Carty, Timothy Budnik, Haley Markwith, Maria Garcia Pesina and Becky Greer submitted previously in this matter (*see* Dkt. 269-5 through 269-9), the proposed Order submitted herewith, the other records, pleadings, and papers filed in this action, and upon such other documentary and oral evidence or argument as may be presented to the Court.  Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

Dated: September 26, 2016

Respectfully submitted,

WANGER JONES HELSLEY PC

By: */s/ Patrick D. Toole*
Patrick D. Toole
Erin. Huntington
Attorneys for Plaintiffs and Proposed Class Representatives BECKY GREER, TIMOTHY C. BUDNIK, HALEY MARKWITH, ROSARIO SAENZ, IAN CARTY and MARIA GARCIA PESINA