UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BECKY GREER, TIMOTHY C. BUDNIK, ROSARIO SAENZ, IAN CARTY, HALEY MARKWITH, and MARCIA GARCIA PESINA, individually and as class representatives,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, IBEW LOCAL 1245, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:15-cv-01066-EPG<br><br>ORDER DISMISSING CASE AND ENTERING FINAL JUDGMENT, AND DIRECTING CLERK TO CLOSE CASE |

The Court previously granted final approval of class action settlement, attorneys fees, costs, enhancement award, and claims administration expenses. (ECF No. 281.) The parties have now filed a declaration from a representative of the claims administrator confirming that all settlement funds have been disbursed. (ECF No. 282.) Accordingly, the Court:

1. Enters this final judgment and orders that the parties act in accordance with the terms in the settlement agreement;
2. The Court shall retain continuing jurisdiction to interpret, implement, and enforce the settlement, and all orders and judgment entered in connection therewith; and

3. Directs the Clerk of the Court to close this case.

IT IS SO ORDERED.

Dated: **January 16, 2019**

/s/ Eric P. Groj[signature]
UNITED STATES MAGISTRATE JUDGE